UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for Rhu

MAY 1 6 2011

JULIA C. DUDLEY, CLERK
BY: H McDonald
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action Nos. 7:88CR00072-5 & |
| | ) | 7:88CR00087-1 |
| vs. | ) | By: Hon. Jackson L. Kiser |
| | ) | Senior U.S. District Judge |
| DENNIS HOLLAND, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

This case is reassigned to the docket of the Honorable Michael F. Urbanski, United States District Judge for the Western District of Virginia, for further action.

The Clerk is directed to send certified copies of this Order to all counsel of record.

ENTER: This 16th day of May, 2011.

SENIOR UNITED STATES DISTRICT JUDGE